In the Matter of LYMAN HESS, an Attorney, Respondent.

First Department, April 16, 1937.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On February 25, 1937, in the United States District Court for the Southern District of New York, the respondent having pleaded guilty to a felony, it follows that he should be disbarred. (Judiciary Law, § 88, subd. 3; Id. § 477.)

Present — MARTIN, P. J., O'MALLEY, UNTERMYER, DORE and COHN, JJ.

Respondent disbarred.